UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

                                          Criminal No. 03-354(1) (JNE)
v.                                       Civil No. 11-1556 (JNE)
                                          ORDER

Robert Leon Roberson,

        Defendant.

On August 23, 2011, the Court denied Robert Leon Roberson's motion under 28 U.S.C.

§ 2255 (Supp. III 2009) for the reasons set forth in the government's response.  An appeal cannot

be taken from a final order denying a motion under § 2255 without a certificate of appealability.

28 U.S.C. § 2253(c)(1)(B) (2006); Fed. R. App. P. 22(b)(1).  A court cannot issue a certificate of

appealability unless the applicant has made a "substantial showing of the denial of a

constitutional right."  28 U.S.C. § 2253(c)(2).  "Where a district court has rejected the

constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward:

The petitioner must demonstrate that reasonable jurists would find the district court's assessment

of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Here, Roberson has not demonstrated that reasonable jurists would find the rejection of his claim

debatable or wrong.  Thus, the Court declines to issue a certificate of appealability.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

    1.      Roberson's § 2255 motion [Docket No. 316 in Criminal No. 03-354(1)] is
             DENIED.

2

 2.  A certificate of appealability is DENIED.

 LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  August 25, 2011

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
